# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Tamatha M. Bechtold, as Trustee
for the Heirs and Next of Kin of
Mitchel Raymond Hiltner, Decedent,

        Plaintiff,

vs.

City of St. Cloud,

        Defendant.

Case No. 20-cv-1855-KMM-LIB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

This action having been fully compromised and settled, **IT IS HEREBY STIPULATED** by and between Plaintiff, Tamatha M. Bechtold, as Trustee for the Heirs and Next of Kin of Mitchel Raymond Hiltner, Decedent, and the remaining Defendant, the City of St. Cloud, through their respective undersigned counsel, that this action may be DISMISSED WITH PREJUDICE, on its merits, and without costs or attorney's fees to any party, and that judgment may be entered accordingly.

        **ROBERT GARDNER LAW**

Dated: September 1, 2022

        */s/ Robert M. Gardner*
        Robert M. Gardner, #0234977
        3265 19th Street N.W., #625
        Rochester, MN 55901
        Tel: 651-927-9031
        robert@robertgardnerlaw.net

        ***Attorneys for Plaintiff***

| | |
|---|---|
| Dated: September 7, 2022 | **JARDINE, LOGAN & O'BRIEN, P.L.L.P.** |
| | By: *s/ Joseph E. Flynn* |
| | Joseph E. Flynn, #0165712 |
| | Vicki A. Hruby, # 0391163 |
| | 8519 Eagle Point Boulevard, Suite 100 |
| | Lake Elmo, MN 55042-8624 |
| | Telephone: (651) 290-6500 |
| | Facsimile: (651) 223-5070 |
| | jflynn@jlolaw.com |
| | vhruby@jlolaw.com |
| | |
| | ***Attorneys for Defendant*** |