# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tamatha M. Bechtold, as Trustee for the Heirs and Next of Kin of Mitchel Raymond Hiltner, Decedent,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>City of St. Cloud,<br>　　　　　Defendant. | Case No. 20-cv-1855-KMM-LIB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of Dismissal With Prejudice [ECF No. 26] entered into by Plaintiff and the remaining Defendant, the City of St. Cloud,

**IT IS ORDERED** that the above-captioned action is **DISMISSED** with prejudice in its entirety, on the merits, and without costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Katherine M. Menendez
　　　　　　　　　　　　　　　　　　　United States District Judge