**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Tamatha M. Bechtold,                          Case No. 20-CV-1855 (KMM/LIB)

        Plaintiff,

v.

                                  ORDER OF DISMISSAL

City of St. Cloud, Minnesota, et al.,

        Defendant.

---

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on September 7, 2022 (ECF No. 26), IT IS HEREBY ORDERED that this action is dismissed with prejudice and on the merits and without costs, disbursements, or attorneys' fees to any party.

Date: September 7, 2022

                             *s/ Katherine M. Menendez*
                             Katherine M. Menendez
                             United States District Judge